**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ALEX RIVERA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>POWER DESIGN, INC., *et al.*,<br><br>Defendants. | ) | Civil Action No. 15-cv-0975 (TSC) |

**ORDER**

Upon consideration of Plaintiffs' Motion for Conditional Certification of Collective Action and to Facilitate Notice (ECF No. 12), Defendant Power Design, Inc.'s opposition thereto (ECF No. 15), and Plaintiffs' reply in support thereof (ECF No. 16), and for the reasons set forth in the court's simultaneously-filed Memorandum Opinion, it is hereby

**ORDERED** that Plaintiffs' Motion is **GRANTED IN PART and DENIED IN PART**. To wit, it is hereby

**ORDERED** that the following FLSA class is conditionally certified pursuant to 29 U.S.C. § 216(b):

> **All non-exempt employees who performed construction duties for Power Design and/or its subcontractors at the condominium development project at 460 New York Avenue NW, Washington, D.C., from April 2012 to the final disposition of this action.**

It is hereby further

**ORDERED** that Defendant Power Design, Inc. provide Plaintiffs with the names and last known addresses of all potential members of the class conditionally certified above within three months from the issuance date of the court's Memorandum Opinion. It is hereby further

**ORDERED** that Plaintiffs submit a proposed form of notice for the plaintiff class conditionally certified above by no later than one month from the issuance date of the court's Memorandum Opinion. It is hereby further

**ORDERED** that, if Plaintiffs intend to further pursue collective certification and the facilitation of notice under the DCMWA, they must file a supplemental brief addressing the question of what version of section 32-1012 properly applies to their DCMWA claim – (i) the former version of the statute, which was in effect when they were performing the work at issue in this case, or (ii) the present version of the statute, which was in effect when they filed their Initial Complaint – within two months from the issuance date of the court's Memorandum Opinion. It is hereby further

**ORDERED** that if Plaintiffs file such a brief, a response may be filed by no later than one month thereafter.

Date: March 28, 2016

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge