**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ALEX RIVERA, et al., | |
| Plaintiff | Civil Action No. 1:15-cv- 00975-TSC |
| v. | Judge: Tanya S. Chutkan |
| POWER DESIGN, INC., | |
| Defendant. | |

**JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT**

Plaintiffs Alex Rivera, Alfonso Escobar, Medardo Escobar, Emerson Lopez, and Jenry Escobar, and the Defendant[1], Power Design, Inc. (collectively, the Parties"), by and through their respective and undersigned attorneys, respectfully request that this Court approve the monetary terms of the settlement of this litigation as bona fide compromises of the Plaintiffs' disputed claims under the Fair Labor Standards Act ("FLSA"), D.C. Minimum Wage Revision Act ("DCMWRA"), and D.C. Wage Payment and Collection Law ("DCWPCL"), and enter an appropriate Order of approval and dismissal. The Parties believe that, given the risks and costs involved in further litigation, this settlement represents a reasonable resolution for the Parties. In support of this motion, the Plaintiffs and the Defendant state as follows:

1. The Parties seek judicial approval of the settlements of all of Plaintiffs' claims. The Parties believe the settlement to be fair and reasonable and the product of bona fide disputes.

[1] Defendants E.A. Electric, LLC and Emerson Alvarado could not be located to discuss global settlement. EA Electric and Mr. Alvarado had also previously settled with the Plaintiffs for $12,000. Plaintiffs seek to voluntarily dismiss claims against these two Defendants with prejudice.

2. The Plaintiffs allege that they were all employed by the Defendants in late 2014, and were not paid correct wages for several weeks of electrical installation work they performed at a District of Columbia condominium development project. *See*, Dkt. No. 1, at 3. They filed claims, initially in D.C. Superior Court, under the FLSA and DCMWRA alleging that they were not paid minimum wage and overtime; and under DCWPCL alleging that they were not paid the rates they agreed to with Defendants.

3. The Plaintiffs initially negotiated a settlement agreement for $12,000, which constituted a majority of their unpaid wages, with Defendants Emerson Alvarado and E.A. Electric, LLC. Plaintiffs then sought the remaining wages, applicable liquidated damages, and reasonable attorneys' fees from Power Design, who Plaintiffs alleged jointly employed them. Power Design removed the case to the this Court.

4. Plaintiffs' counsel also sought, through the opt-in collective action process under the FLSA and DCMWRA, to locate and obtain relief for similarly situated workers at this same worksite. This Court granted conditional certification to a class of similarly situated workers under the FLSA, but ordered the parties to brief the Court on the effect of recent amendments to the DCMWRA allowing opt-out class actions. The parties have submitted their briefs on the issue. If this settlement is approved, Plaintiffs no longer seek an order on this issue.

5. Plaintiffs' counsel has attempted to locate similarly-situated workers, and Power Design, Inc. has cooperated thus far in Court-ordered obligations to provide contact information for similarly situated workers. To date, despite their efforts, Plaintiffs' counsel has not located other workers eligible for relief in this case. Although Plaintiffs have filed a motion with this Court to hand-distribute notices at Power Design worksites

in an effort to locate similarly situated workers, the likelihood that such a search would locate individuals is highly uncertain. If this settlement is approved, Plaintiffs no longer seek an order on this issue.

6. The settlement agreement signed by the parties is attached hereto as Exhibit A.

7. Because the Plaintiffs and the Defendant believe that the settlement is fair and reasonable and fairly resolves a bona fide dispute, they jointly seek judicial approval of the settlement and an Order of Dismissal.

7. As further justification for the parties' request for judicial approval of the settlement, this Court is referred to the accompanying Memorandum of Points and Authorities in support of this Motion.

WHEREFORE, the Plaintiffs, Alex Rivera, Alfonso Escobar, Medardo Escobar, Emerson Lopez, and Jenry Escobar, and the Defendant, Power Design, Inc., respectfully request that this Court review the settlement and determine it to be fair compromises of all bona fide disputes at issue here. The parties also request that this Court dismiss the action with prejudice.

DATED: September 29, 2016

Respectfully submitted,

______/s/__________________________

Virginia Diamond, Esq. (D.C. Bar No. 393934)
Ashcraft & Gerel, LLP
Suite 650, 4900 Seminary Rd
Alexandria, VA 22311
Phone: 703-627-5510
Fax: 703-820-0630
Email: vdiamond@ashcraftlaw.com

_______/s/_________________________

Andrew J. Hass, Esq. (DC Bar No. 1010034)
Employment Justice Center
1413 K Street NW, 5th Floor

Washington, DC 20005
Phone: (202) 645-6356
Fax: (202) 828-9675
Email: ahass@dcejc.org

***Attorneys for the Plaintiffs***

_______/s/_________________________

Leslie A. Stout-Tabackman
D.C. Bar No. 422082
JACKSON LEWIS, P.C.
10701 Parkridge Blvd., Suite 300
Phone: (703) 483-8300
Fax: (703) 483-8301
Email: leslie.stout@jacksonlewis.com

***Attorney for Defendant Power Design, Inc.***