**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ALEX RIVERA, et al.**,<br><br>Plaintiff<br><br>v.<br><br>**POWER DESIGN, INC., et al.,**<br><br>Defendants. | Civil Action No. 1:15-cv- 00975-TSC<br><br>Judge: Tanya S. Chutkan |

**ORDER APPROVING SETTLEMENT AND DISMISSAL WITH PREJUDICE**

UPON CONSIDERATION of the Joint Motion To Approve Settlement and the entire record herein and this Honorable Court having found that the settlement fairly resolves multiple bona fide disputes and having found that the parties, with the opinions of their respective counsel, have considered the complexity, expense, and probability of success and recovery, it is, this _____ day of ______________, 2016,

ORDERED, that the Joint Motion to Approve Settlement is GRANTED; and it is further,

ORDERED, this action shall be dismissed with prejudice.

**SO ORDERED.**

| | |
|---|---|
| ______________________<br>DATE | ______________________________________<br>Hon. Tanya S. Chutkan<br>U.S. District Court for the District of Columbia |