**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**ALEX RIVERA, et al.**,

Plaintiff

v.

**POWER DESIGN, INC., et al.,**

Defendants.

Civil Action No. 1:15-cv- 00975-TSC

## ORDER APPROVING SETTLEMENT AND DISMISSING CASE WITH PREJUDICE

Upon consideration of the Joint Motion to Approve Settlement (ECF No. 33) and the entire record herein, the court finds that the parties' settlement fairly and reasonably resolves multiple bona fide disputes and that the parties, with the opinions of their respective counsel, have considered the complexity, expense, and probability of success and recovery in this matter. Accordingly, the parties' motion is hereby GRANTED.

This action is hereby DISMISSED with prejudice.

Date: October 5, 2016

*Tanya S. Chutkan*

TANYA S. CHUTKAN
United States District Judge